UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARIO S. FAULK,**

    **Plaintiff,**

v.                                    Case No.  5:20-cv-263-TKW-MJF

**ANDY PACE, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9).  No objections were filed.  Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed as an abuse of the judicial process based on Plaintiff's failure to fully disclose his litigation history.  Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i).

3. The Clerk shall close the file.

**DONE AND ORDERED** this 11th day of December, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**